Kirt Allen Esthay
TDCJ No. 1919078
3060 F.M. 3514
Beaumont TX 77705

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547,
Austin, TX 78711-2547

March, 13, 2015


RECEIVED
MAR 1 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

RE: Court of Appeals Number: 03-14-00313-CR
Trial Court Case Number: DA5-13-01849

Sir,
    This is in regards to my Pro se Brief. I am Indigent so all my Postage comes from the law library. Point being, I had Originally sent the brief that you have on February the 26th, correction, it will be The second brief, which is the first Part of Appellants brief, the Law Library at the Texas Department of Criminal Justice. Mark W. Stiles Unit, failed to put The right amount of Postage.

In which Causing the Post office To return to Sender. ThaT is the reason For the motion to amend or answer to, was sent. In which Case Should have been the Second Part of APPeals brief Sent. Please add the second brief received, in which Case will really be the First Part of APPellants brief, Pro Se. Please Forgive the delay.

respectfully,

Kirt Allen Cathray
APPellanT, Pro Se
TDCJ NO. 1919078

Kirt Allen Esthay #1919078
3060 F.M. 3514
Beaumont, TX 77705

Legal
mail

Jeffrey D. Kyle, Clerk
Court Of Appeals
Third District of Texas
P.O. Box 12547
Austin TX 78711-2547

787112547